UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLITO QUINTANA-SPEAS, | No. 2:17-cv-0287-EFB P |
| Plaintiff, | |
| v. | ORDER |
| TCDC TORRANCE COUNTY DETENTION CENTER, | |
| Defendant. | |

Plaintiff is an inmate confined to the Torrance County Detention Center in Estancia, New Mexico. He has filed a civil rights complaint concerning the conditions of his confinement and names Torrance County Detention Center as the sole defendant.

The federal venue statute provides that a civil action "may be brought in (1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) if there is no district in which an action may otherwise be brought as provided in this action, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action." 28 U.S.C. § 1391(b).

/////

1

1 | Venue properly lies in United States District Court for the District of New Mexico, and not in this district. *See* 28 U.S.C. § 1391(b); 28 U.S.C. § 111.

Accordingly, IT IS HEREBY ORDERED that this case is transferred to the United States District Court for the District of New Mexico. *See* 28 U.S.C. § 1406(a).

DATED: February 13, 2017.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2